# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HAYS, ALAN D. ) | CASE NO. 19-81291-CRJ-11 |
| SSN: XXX-XX-5782 ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now W & A Peppers Property Holdings, LLC, by and through undersigned counsel, and moves this Court for relief from the automatic stay in the above styled case. In support thereof, the Movants would show unto this court as follows:

1. W & A Peppers Property Holdings, LLC is a creditor of the debtor, Alan D. Hays, and is a party in interest in these proceedings.

2. An automatic stay took effect on the filing of the petition in bankruptcy on April 25, 2019, prohibiting, among other things, further proceedings in the stated action.

3. W & A Peppers Property Holdings, LLC is entitled to relief from the operation of such stay for the reason that W & A Peppers Property Holdings, LLC's interest in 153 Export Circle NW, Huntsville, AL 35806 will not be adequately protected if the stay is allowed to remain in full force and effect, in that W & A Peppers Property Holdings, LLC will not be allowed to pursue their state court rights due to Alan D. Hay's failure to pay rent.

Therefore, W & A Peppers Property Holdings, LLC respectfully moves that, after such notice of and hearing on this motion as the court deems appropriate, the court grant relief from the automatic stay by modifying the automatic stay to allow W & A Peppers Property Holdings, LLC to file an Unlawful Detainer action in the District Court of Madison County, Alabama.

*/s/ William B. Tatum*
William B. Tatum
Attorney for W & A Peppers Property
Holdings, LLC

Of Counsel:
TATUM WILSON PC
301 Randolph Avenue SE
Huntsville, Alabama 35801
Phone: (256) 270-2671
tatum@tatumwilson.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record on the 29th day of July, 2019, by depositing the same in the United States mail, postage prepaid and properly addressed to:

S. Mitchell Howie
LAW OFFICE OF MITCHELL J. HOWIE
107 North Side Square
Huntsville, AL 35801

Richard Blythe
Bankruptcy Administrator
400 Well Street
Decatur, AL 35602

_____William B. Tatum_____
Of Counsel

## CREDITORS

AL Dept of Revenue
50 N. Ripley Street
Montgomery, AL 36132-4720

AT&T Wireless
17000 Dallas Parkway #204
Dallas, TX 75248

Auto Owners Insurance
201 Beacon Parkway West, Ste. 400
Birmingham, AL 35209

Bank of America
PO Box 15168
Wilmington, DE 19850-5168

Belk
PO Box 960012
Orlando, FL 32896-0012

Best Buy
PO Box 183195
Columbus, OH 43218

Birch Communications
140 Gateway Drive
Macon, GA 31210

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130

Chase
PO Box 901076
Fort Worth, TX 76101-2076

Corporate Billing LLC
PO Box 11366
Birmingham, AL 35202

Glenda Neill
9450 Segers Road
Madison, AL 35756

Home Depot
Attn: Bankruptcy Dept.
PO Box 6497
Sioux Falls, SD 57117

IRS  
PO Box 621501  
Atlanta, GA 30362-3001

Kurt's Truck & Parts Co., Inc.  
PO Box 101493  
Irondale, AL 35210

NLI Sales, Inc.  
145 Russell Dairy Road  
Jasper, AL 35503

Safety-Kleen  
PO Box 37428  
Houston, TX 77237-0428

Kellis Vegetation Management  
PO Box 1375  
Columbiana, AL 35051

National Bank of Omaha  
PO Box 3331  
Omaha, NE 68103

Rocket City Battery, Inc.  
5123 Research Drive NW  
Huntsville, AL 35805

Sam's Club  
PO Box 965060  
Orlando, FL 32896-5060