IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Alan D. Hays, ) | CASE NO. 19-81291-CRJ11 |
| SSN: xxx-xx-5782 ) | |
| ) | |
| Debtor(s) ) | CHAPTER 11 |

## MOTION TO CONVERT CASE TO ONE UNDER CHAPTER 7 OR IN THE ALTERNATIVE DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b)

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama ("BA"), by and through the undersigned counsel of record, and hereby files this Motion to convert the above case to one under Chapter 7, or in the alternative dismiss the case, whichever the Court finds to be in the best interests of creditors and the estate. In support thereof, the BA states as follows:

1. The Debtor commenced the above-styled case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on April 25, 2019.

2. The Debtor is delinquent in filing its Quarterly Fee Statements and in payment of chapter 11 quarterly fees, as authorized by the Judicial Conference of the United States pursuant to 28 U.S.C. § 1930(a)(7). The aforesaid constitutes "cause" warranting dismissal or conversion to chapter 7 under 11 U.S.C. § 1112(b).

3. The Debtor has failed to abide by the Bankruptcy Administrator's Chapter 11 Operating Procedures in this case (Doc. #11). Specifically, the Debtor has failed to file financial operating reports and supporting documents as required by paragraph K of the Chapter 11 Operating Procedures. Failure to comply with the Chapter 11 Operating Procedures constitutes "cause" warranting dismissal or conversion to chapter 7 under 11 U.S.C. § 1112(b).

WHEREFORE, based on the foregoing grounds, the Bankruptcy Administrator moves the Court pursuant to 11 U.S.C.§1112(b), to convert the case to one under Chapter 7 or in the alternative dismiss the case, whichever the Court finds to be in the best interests of creditors and the estate, and for such other, further and different relief to which he may be entitled.

Respectfully submitted 19 September 2019.

                                                    J. THOMAS CORBETT
                                                  United States Bankruptcy Administrator for the Northern District of Alabama

                                                  BY:     /s/ Richard M. Blythe
                                                              Richard M. Blythe
                                                              Assistant U.S. Bankruptcy Administrator
                                                              Alabama. Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
Post Office Box 3045
400 Well Street NE, Room 236
Decatur, Alabama 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

I hereby certify that on 19 September 2019, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures.

S Mitchell Howie, Esq., Attorney for Debtor, Via Electronic CMECF Service
mitch@huntsvillelaw.info

William M. Hancock, Esq., Attorney for Glenda Neill, via Electronic CMECF service at
bankruptcy@wolfejones.com

William B Tatum, Esq., Attorney for W & A Peppers Property Holdlings, LLC , via Electronic CMECF service at tatum@tatumwilson.com

John Jeffery Rich, Esq., Attorney for Madison County, Alabama, via Electronic CMECF service at jrich@madisoncountyal.gov

Mary Martin Majors Mitchell, Esq., Attorney for ALA DEPT OF REVENUE, via Electronic CMECF service at mary.mitchell@revenue.alabama.gov


/s/ Richard M. Blythe
Richard M. Blythe
Assistant U.S. Bankruptcy Administrator